**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 16, 2019**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00333-CV

---

## JRTM INVESTMENTS, LLC A/K/A SPRING AUTO PROS A/K/A SAP, JACQUELINE ANN RYAN OWEN AND JEREMY SCOTT OWEN, Appellants

### V.

### LORI HATCHER AND STEVEN HATCHER, Appellees

---

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2019-24908**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed April 23, 2019. On May 6, 2019, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The

motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Hassan.